UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIUS BRADFORD,<br><br>                              Plaintiff,<br>  v.<br>AARON D. FORD, et al.,<br><br>                            Defendants. | Case No. 2:21-cv-00688-JAD-NJK<br><br>ORDER<br><br>(Docket Nos. 5, 6) |

On June 18, 2021, the Court issued an order to show cause, requiring Plaintiff to show cause, in writing, by July 20, 2021, why this case should not be dismissed pursuant to *Younger* abstention. Docket No. 3. Plaintiff has filed a motion requesting an extension of time until August 19, 2021, to respond to the Court's order. Docket No. 5. Plaintiff has also filed a motion requesting a copy of his complaint. Docket No. 6.

For good cause shown, Plaintiff's motion for an extension to respond to the Court's order to show cause is **GRANTED**. Docket No. 5. Plaintiff must file any response to the Court's order no later than August 19, 2021. Further, Plaintiff's motion for a copy of his complaint is **GRANTED**. Docket No. 6. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of his complaint at Docket No. 4.

DATED: July 14, 2021.

                                                                   NANCY J. KOPPE<br>                                                                   UNITED STATES MAGISTRATE JUDGE