UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Julius Bradford,<br><br>    Plaintiff<br><br>v.<br><br>Aaron D. Ford, et al.,<br><br>    Defendants | Case No.: 2:21-cv-00688-JAD-NJK<br><br>**Order Granting Motion to Amend the Complaint and Denying as Moot Motion for Reconsideration of Original Screening Order**<br><br>(ECF Nos. 11, 12) |

On March 23, 2022, I screened Plaintiff Julius Bradford's complaint under 28 U.S.C. § 1915A.[1]  Bradford then filed a motion requesting that I reconsider several aspects of the screening order.[2]  About two weeks later, Bradford filed a motion requesting leave to file an amended complaint, together with a proposed amended complaint.[3]  I grant Bradford's motion to file an amended complaint and accept his proposed amended complaint as the operative complaint in this case.  Because the filing of the amended complaint moots the original one and the related screening order, I deny Bradford's motion for reconsideration of the screening order as moot.  I will screen Bradford's amended complaint in a separate order.  When screening Bradford's amended complaint, I will take into consideration Bradford's various arguments in the motion for reconsideration.  Bradford is advised that it may take several months before his amended complaint reaches the front of the line for this second screening.

---

[1] ECF No. 9.
[2] ECF No. 11.
[3] ECF Nos. 12, 12-1.

IT IS THEREFORE ORDERED that plaintiff's motion for reconsideration of the screening order **[ECF No. 11] is DENIED** as moot.

IT IS FURTHER ORDERED that plaintiff's motion to file an amended complaint **[ECF No. 12] is GRANTED**. The court accepts the amended complaint (ECF No. 12-1) as the operative complaint in this case and will screen the amended complaint in a separate order. The Clerk of the Court is directed to file the amended complaint (ECF No. 12-1).

Dated: November 28, 2022

_____
U.S. District Judge Jennifer A. Dorsey